UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:16-cr |
| KAREN P. STANLEY, | ) 1:16-cr-0069 SEB-DKL |
| Defendant. | ) |

## **PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1-3 | 18 U.S.C. § 1343 | 0-20 | $250,000 | 3 | N/A |

Dated: _____    _____
KAREN P. STANLEY
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana