```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )
     vs.                          ) CASE NO. 1:16-cr-0069-SEB-DKL
                                 )
KAREN P. STANLEY,                 )
                                 )
            Defendant.            )
_____)

## NOTICE OF APPEARANCE

Comes now Mario Garcia and enters his appearance for and on behalf of the Defendant, Karen P. Stanley, in the above entitled cause of action.

                            Respectfully submitted,

                            BRATTAIN, MINNIX & GARCIA

                            By /s/ Mario Garcia
                               Mario Garcia, #21638-49
                               151 N. Delaware St., #760
                               Indianapolis, Indiana  46204
                               (317) 231-1750
                               Attorneys for the Defendant
                               mgarcia@brattainminnix.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    /s/ Mario Garcia
                                     Mario Garcia

F:\USER\TINA\CRIMINAL\appear.fed mario4.wpd