UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 1:16-cr-0069-SEB-DKL |
| KAREN P. STANLEY, ) | |
| Defendant. ) | |

ORDER ON MOTION FOR CONTINUANCE

Defendant, Karen P. Stanley, by counsel, Mario Garcia, having filed her Motion for Continuance,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted. Accordingly, it is

ORDERED that the initial hearing set for April 19, 2016 at 1:30 P.M. be, and hereby is reset for April 22, 2016 at 10:00 A.M. in courtroom 238.

DATED 04/15/2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

All Interested Parties